UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEONARD F. REID,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>HILTON PENN STATION DOUBLE TREE,<br><br>　　　　　　　　　　Defendant. | 2:19-cv-19150 (ES)(CLW)<br><br>**REPORT AND RECOMMENDATION** |

　　　　WHEREAS Plaintiff Leonard F. Reid ("Plaintiff") initiated this action on or about October 21, 2019 [D.E. 1]; and

　　　　WHEREAS Defendant Hilton Penn Station Double Tree ("Defendant") answered Plaintiff's complaint on or about December 4, 2019 [D.E. 3]; and

　　　　WHEREAS this matter comes before the undersigned upon the referral of the Honorable Esther Salas; and

　　　　WHEREAS the undersigned scheduled an initial conference for January 14, 2020, which Plaintiff failed to attend [D.E. 4, 7]; and

　　　　WHEREAS due to Plaintiff's non-appearance, the undersigned rescheduled the initial conference for March 3, 2020, which Plaintiff likewise failed to attend [D.E. 7, 8]; and

　　　　WHEREAS on or about June 8, 2020, Defendant issued discovery demands to Plaintiff via Regular Mail and Certified Mail RRR [D.E. 14-1, Ex. A]; and

　　　　WHEREAS on or about August 5, 2020, Defendant informed Plaintiff via Regular Mail and Certified Mail RRR that Defendant had not received Plaintiff's discovery responses [D.E. 14-1, Ex. B]; and

WHEREAS at a status conference held on September 14, 2020, Plaintiff stated that he did not receive Defendant's discovery demands; the undersigned directed Defendant to send the discovery demands to Plaintiff via email; and the undersigned informed Plaintiff that Plaintiff's failure to respond to Defendant's discovery demands would result in a recommendation for dismissal of this matter for failure to prosecute [D.E. 13]; and

WHEREAS Defendant forwarded its discovery demands to Plaintiff via email on or about September 15, 2020 [D.E. 14-1, Ex. D]; and

WHEREAS on November 25, 2020 the undersigned ordered Plaintiff to show cause by telephone on December 16, 2020 why this matter should not be dismissed for Plaintiff's failure to respond to Defendant's discovery demands [D.E. 15]; and

WHEREAS the undersigned's November 25, 2020 Order was mailed and emailed to Plaintiff [D.E. 15]; and

WHEREAS Plaintiff failed to appear or otherwise show cause as directed on December 16, 2020;

IT IS RESPECTFULLY RECOMMENDED on this 11th day of January, 2021:

that the above case be dismissed in accordance with L. Civ. R. 41.1 without prejudice and without cost to any party; and

IT IS FURTHER RESPECTFULLY RECOMMENDED

that the Clerk of Court close this case accordingly.

The parties have fourteen (14) days to file and serve objections to this Report and Recommendation pursuant to 28 U.S.C 636 and L. Civ. R. 71.1(c)(2).

*/s/ Cathy L. Waldor*
Cathy L. Waldor
United States Magistrate Judge