**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>**UNITED STATES DISTRICT JUDGE** | MARTIN LUTHER KING<br>COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2037<br>NEWARK, NJ 07101<br>973-297-4887 |

February 8, 2021

## LETTER ORDER

Re:   *Reid v. Hilton Penn Station Double Tree,*
Civil Action No. 19-19150 (ES) (CLW)

Dear parties:

On October 21, 2019, plaintiff Leonard F. Reid ("Plaintiff") initiated this action against defendant Hilton Penn Station Double Tree[1] ("Defendant"), alleging, *inter alia*, Defendant's violations of the Nutrition Labeling and Education Act of 1990 and the American with Disabilities Act. (D.E. No. 1). On January 11, 2021, the Honorable Cathy L. Waldor, U.S.M.J., issued a Report and Recommendation, recommending that the Court dismiss the instant action in accordance with Local Civil Rule 41.1 for Plaintiff's failure to prosecute. (D.E. No. 17 ("R&R")). Magistrate Judge Waldor provided the parties fourteen days to file and serve objections to the R&R pursuant to 28 U.S.C. § 636 and Local Civil Rule 72.1(c)(2). (*Id.* at 2). The parties did not file any objections.

Having reviewed Magistrate Judge Waldor's R&R, and for the reasons stated therein,

IT IS on this 8th day of February 2021,

**ORDERED** that this Court ADOPTS Magistrate Judge Waldor's R&R in full; and it is further

**ORDERED** that the instant case is DISMISSED *without prejudice* and without cost to any party, and it is further

**ORDERED** that the Clerk of Court shall Close the case.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**

---

[1]   In its answer, Defendant identified itself as "Westward Hospitality Management (Hilton) i/p/a Hilton Penn Station Double Tree." (D.E. No. 3 at 1).